Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                                     Criminal No.          24-404

DIMITRI SIMES (1)                              Category     B
ANASTASIA SIMES (2)

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __1/30/2025__ from __Judge Amit P. Mehta__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendants are Fugitives)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:     Judge Amit P. Mehta            & Courtroom Deputy
        Calendar Committee

        U.S. Attorney's Office – Judiciary Square Building, Room 5133
        Statistical Clerk