Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs. Criminal No. 24-404 (RBW)

DIMITRI SIMES (1)

ANASTASIA SIMES (2)

Category B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 11/13/2026 from Calendar Committee to Judge Reggie B. Walton by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc: Judge Reggie B. Walton & Courtroom Deputy

Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk